# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

MARSHA JACKSON
SSAN: XXX-XX-5649

Debtor(s)

Case No. 17-32706-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on September 21, 2017.

2. The debtor(s) §341 Meeting of Creditors was held November 02, 2017.

3. The debtor(s) overall pay record is 83%.

(**X**) The Trustee has not received the debtor(s) tax returns as required by 11 U.S.C. § 521.

(**X**) This case does not appear to be feasible, as debtor's schedules show that she has insufficient income to fund her plan.

(**X**) Debtor was to amend Schedule I to add income from a retirement.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this November 27, 2017.

                Sabrina L. McKinney
                Chapter 13 Standing Trustee

              By: /s/*Tina J. Hayes*
              Tina J. Hayes
              Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this November 27, 2017.

Copy to: DEBTOR(S)
         JOSHUA C MILAM

/s/*Tina J. Hayes*
Tina J. Hayes
Staff Attorney