IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

MARSHA JACKSON
SSN: XXX-XX-5649

Debtor(s)

Case No. 17-32706-DHW
Chapter 13

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE.** Responses must be filed electronically with the Clerk or by U.S. Mail addressed to: Clerk of the Bankruptcy Court, One Church Street, Montgomery, AL 36104

## TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS

COMES NOW, the Trustee, by and through the undersigned counsel, and objects to the debtor(s) claim of exemptions. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on September 21, 2017.

2. The debtor(s) §341 Meeting of Creditors was held November 02, 2017.

3. This objection is timely filed pursuant to Federal Bankruptcy Rule 4003(b).

4. The debtor has claimed a $1.00 exemption for ear studs pursuant to Sec 6-10-6, Code of Alabama. Pursuant to the cases of Allen v. Green, 31 F.3d 1098 (11th Cir. 1994), and Taylor v. Freeland and Kronz, 503 U.S. 638, (1992), the Trustee objects to the exemption itself and moves that this Honorable Court deny the claim of exemption to the extent that the debtor is attempting to exempt more than the actual $1.00 amount or to the extent this $1.00 claim is attempting to exempt an "unknown" amount.

WHEREFORE, the above premises considered, Trustee respectfully requests the Court deny the debtor(s) claim of exemptions as filed.

Respectfully submitted this Monday, 27 November, 2017.

Sabrina L. McKinney  
Chapter 13 Standing Trustee

By:*/s/Tina J Hayes*
_____

Tina J. Hayes  
Staff Attorney

Office of the Chapter 13 Trustee  
P.O. Box 173  
Montgomery, AL 36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: 13Trustee@ch13mdal.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Exemptions on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Monday, 27 November, 2017.

Copy to: DEBTOR(S)  
JOSHUA C MILAM

*/s/ Tina J Hayes*
_____

Tina J. Hayes  
Staff Attorney